IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JAMES PARMER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV08-46-S-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| IDAHO CORRECTIONAL CORP., JOHN DOES 1-3, and CORR. MEDICAL SERVICES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court previously entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.

DATED: **March 19, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**